**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| CHRISTENE E. COSTELLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:12cv635 |
| V. | ) |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, *et. al.,* | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Jennifer L. Sarvadi, and the law firm of LeClairRyan, A Professional Corporation hereby note an appearance on behalf of Revenue Assistance Corporation. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon:

> Jennifer L. Sarvadi
> LeCLAIRRYAN, A PROFESSIONAL CORPORATION
> 2318 Mill Road, Suite 1100
> Alexandria, Virginia 22314
> Telephone: (703) 647-5944
> Fax: (703) 647-5994
> Email: jennifer.sarvadi@leclairryan.com

Respectfully submitted,

REVENUE ASSISTANCE CORPORATION
By Counsel,

/s/Jennifer L. Sarvadi
Jennifer L. Sarvadi (Va. Bar No. 47543)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Phone: (703) 647-5944
Facsimile: (703) 647-5994
jennifer.sarvadi@leclairryan.com
***Counsel for Revenue Assistance Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2012, I electronically filed the foregoing with the Clerk of Court using the Case Management/ Electronic Case Filing system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Thomas R. Breeden<br>Thomas R. Breeden, PC<br>10326 Lomond Drive<br>Manassas Virginia 20109<br><br>Leonard A. Bennett<br>Susan M. Rotkis<br>Consumer Litigation Associates<br>763 J. Clyde Morris Boulevard, Suite 1-A<br>Newport News, Virginia 23601<br>***Counsel for Plaintiff Christene E. Costello*** | David Neal Anthony<br>Troutman Sanders LLP<br>Troutman Sanders Building<br>1001 Haxall Point<br>P.O. Box 1122<br>Richmond, Virginia 23219<br>***Counsel for Experian Information Solutions, Inc.*** |
| John Willard Mongtomery, Jr.<br>Montgomery & Simpson, LLLP<br>2116 Dabney Road, Suite A-1<br>Richmond, Virginia 23230<br>***Counsel for Trans Union, LLC*** | Michael Robert Ward<br>Morris & Morris, PC<br>11 South 12th Street, 5th Floor<br>P.O. Box 30<br>Richmond, Virginia 23218<br>***Counsel for Trans Union, LLC*** |
| Andrew Biondi<br>Sands Anderson PC<br>1111 East Main Street, 23rd Floor | John Baker McClanahan, Jr.<br>Randolph Boyd Cherry & Vaughn<br>14 East Main Street |

| | |
|---|---|
| P.O. Box 1998<br>Richmond, Virginia 23218<br>***Counsel for Senex Services Corporation*** | Richmond, Virginia 23219<br>***Counsel for Primus Automotive Financial, Inc.*** |
| Bryan A. Fratkin<br>Seth A. Schaeffer<br>McGuireWoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219<br>***Counsel for Capital One Bank (USA), N.A.*** | |

       /s/ Jennifer L. Sarvadi
Jennifer L. Sarvadi (Va. Bar No. 47543)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Phone: (703) 647-5944
Facsimile: (703) 647-5994
jennifer.sarvadi@leclairryan.com
***Counsel for Revenue Assistance Corporation***