UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHRISTENE E. COSTELLO,**

    **Plaintiff,**

v.                                      Civil Action No. 3:12cv635

**EXPERIAN INFORMATION
SOLUTIONS, INC.,** *et al.*,

    **Defendants.**

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Motion for an Extension of Time for Defendant, Experian Information Solutions, Inc., to file responsive pleadings to the Complaint filed by Plaintiff, Christene E. Costello.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Christene E. Costello and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Experian shall be GRANTED an extension of time until on or before November 26, 2012, to file its responsive pleadings, including its Answer, to the Complaint filed by Christene E. Costello.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this __19__ day of November, 2012.

                                               /s/
                                     John A. Gibney, Jr.
                                     United States District Judge


RECEIVED
NOV 16 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| *[signature]* | *[signature]* |
| David N. Anthony | Leonard A. Bennett |
| Virginia State Bar No. 31696 | Virginia State Bar No. 37523 |
| *Counsel for Experian Information Solutions, Inc.* | *Counsel for Plaintiff* |
| TROUTMAN SANDERS LLP | CONSUMER LITIGATION ASSOCIATES PC |
| 1001 Haxall Point | 763 J. Clyde Morris Boulevard, Suite 1A |
| Richmond, Virginia 23219 | Newport News, Virginia 23601 |
| Telephone: (804) 697-5410 | Telephone: (757) 930-3660 |
| Facsimile: (804) 698-5118 | Facsimile: (757) 930-3662 |
| Email: david.anthony@troutmansanders.com | Email: lenbennett@clalegal.com |

20181770v1