**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| CHRISTENE E. COSTELLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:12cv635 |
| V. ) | |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, *et al.*, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Revenue Assistance Corporation hereby certifies that it is not a subsidiary of any company or entity; rather, it is a privately-held S-Corporation organized under the laws of the State of Ohio. Revenue Assistance Corporation does business as Revenue Group and SalesLoft. SafeGuard Background Screening and Hospital Referral Services are privately-held companies who are affiliated with Revenue Assistance Corporation. No publicly-held company owns 10% or more of Revenue Assistance Corporation or any of its affiliates.

Dated: November 26, 2012            Respectfully submitted,

REVENUE ASSISTANCE CORPORATION
By Counsel,


/s/Jennifer L. Sarvadi
Jennifer L. Sarvadi (Va. Bar No. 47543)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314

Phone: (703) 647-5944
Facsimile: (703) 647-5994
jennifer.sarvadi@leclairryan.com
*Counsel for Revenue Assistance Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2012, I electronically filed the foregoing with the Clerk of Court using the Case Management/ Electronic Case Filing system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Thomas R. Breeden<br>Thomas R. Breeden, PC<br>10326 Lomond Drive<br>Manassas Virginia 20109<br><br>Leonard A. Bennett<br>Susan M. Rotkis<br>Consumer Litigation Associates<br>763 J. Clyde Morris Boulevard, Suite 1-A<br>Newport News, Virginia 23601<br>***Counsel for Plaintiff Christene E. Costello*** | David Neal Anthony<br>Troutman Sanders LLP<br>Troutman Sanders Building<br>1001 Haxall Point<br>P.O. Box 1122<br>Richmond, Virginia 23219<br>***Counsel for Experian Information Solutions, Inc.*** |
| John Willard Mongtomery, Jr.<br>Montgomery & Simpson, LLLP<br>2116 Dabney Road, Suite A-1<br>Richmond, Virginia 23230<br>***Counsel for Trans Union, LLC*** | Michael Robert Ward<br>Morris & Morris, PC<br>11 South 12th Street, 5th Floor<br>P.O. Box 30<br>Richmond, Virginia 23218<br>***Counsel for Trans Union, LLC*** |
| Andrew Biondi<br>Sands Anderson PC<br>1111 East Main Street, 23rd Floor<br>P.O. Box 1998<br>Richmond, Virginia 23218<br>***Counsel for Senex Services Corporation*** | John Baker McClanahan, Jr.<br>Randolph Boyd Cherry & Vaughn<br>14 East Main Street<br>Richmond, Virginia 23219<br>***Counsel for Primus Automotive Financial, Inc.*** |
| Bryan A. Fratkin<br>Seth A. Schaeffer<br>McGuireWoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219<br>***Counsel for Capital One Bank (USA), N.A.*** | |

/s/Jennifer L. Sarvadi
Jennifer L. Sarvadi (VSB No. 47543)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Telephone: (703) 647-5944
Facsimile:  (703) 647-5994
jennifer.sarvadi@leclairryan.com
*Counsel for Revenue Assistance Corporation*