IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CHRISTENE E. COSTELLO,

          Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.

          Defendants.

CIVIL ACTION No. 3:12cv635

## STIPULATION OF DISMISSAL

Pursuant to FRCP41, the parties, through counsel, stipulates and requests the Court to dismiss, with prejudice, Plaintiff's Complaint against Defendant Asset Acceptance, LLC as settled.

The endorsement of counsel for all parties who have appeared in this action are affixed hereto.

ENTERED this 17th day of December, 2012.

                         /s/
                        John A. Gibney, Jr.
                        United States District Judge

PRESENTED BY:

_____/s/_____
Thomas R. Breeden, Esquire, VSB # 33410
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
(703) 361-9277, facsimile (703) 257-2259
trb@tbreedenlaw.com
*Counsel for Plaintiff*

SEEN AND AGREED:


_____/S/_____
Edward Everett Bagnell, Jr.
Spotts Fain PC
411 E Franklin Street
Suite 600
Richmond, VA 23219
(804) 697-2000
(804) 697-2177 (fax)
ebagnell@spottsfain.com
*Counsel for Asset Acceptance, LLC*