IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHRISTENE E. COSTELLO**

    **Plaintiff**

v.                          **CIVIL NO. 3:12-cv-00635-JAG-MHL**

**EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., CAPTIAL ONE BANK,
ASSET ACCEPTANCE, LLC., PRIMUS
AUTOMOTIVE FINANCIAL, INC., SENEX
SERVICES CORP., and REVENUE ASSISTANCE CORP.**

    **Defendants,**

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **CHRISTENE E. COSTELLO**, and the Defendant **SENEX SERVICES CORP.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims *only against SENEX SERVICES CORP.*, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only against* Defendant *SENEX SERVICES CORP.*, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 22 day of March, 2013.

/s/
John A. Gibney, Jr.
United States District Judge
JUDGE

RECEIVED
21 2013
C

WE ASK FOR THIS:

*/s/*

Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiff*


*/s/*                    Andrew Biondi, Esquire

Paige Levy Smith, Esquire
Sands Anderson Marks & Miller
1497 Chain Bridge Road, Suite 202
McLean, Virginia 22101
Telephone: (703) 893-3600
Facsimile: (703) 893-8484
E-mail: plevy@sandsanderson.com

*Counsel for Defendant Senex Services Corp.*