IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHRISTENE E. COSTELLO**

    **Plaintiff**

v.                                       CIVIL NO. 3:12-cv-00635-JAG-MHL

**EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., CAPTIAL ONE BANK,
ASSET ACCEPTANCE, LLC., PRIMUS
AUTOMOTIVE FINANCIAL, INC., SENEX
SERVICES CORP., and REVENUE ASSISTANCE CORP.**

    **Defendants,**

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **CHRISTENE E. COSTELLO**, and the Defendant **EQUIFAX INFORMATION SERVICES, LLC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims *only against* **EQUIFAX INFORMATION SERVICES, LLC.**, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only against* Defendant **EQUIFAX INFORMATION SERVICES, LLC.**, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 22 day of March, 2013.

                                          /s/
                                  John A. Gibney, Jr.
                                  United States District Judge
                                  JUDGE



RECEIVED
MAR 21 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

-2-

WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiffs*

_____
John Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
E-mail: jmontgomery@jwm-law.com

*Counsel for Equifax Information Services, LLC.*